# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY