IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHEN LEWANDOWSKI,<br>Individually and On Behalf of All Other<br>Persons Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MAXUM PETROLEUM<br>OPERATING<br>COMPANY<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No.: 15-CV-00408-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER APPROVING SETTLEMENT AND ENTRY OF
### FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

Pending before the Court is the parties' Joint Motion for Order Approving Settlement and Entry of Final Judgment Dismissing Lawsuit with Prejudice (hereinafter, the "Motion"). Having considered the parties' Motion, and finding that the Parties' settlement is a fair and equitable compromise of a bona fide dispute pursuant to the Fair Labor Standards Act, the Court determines that the parties' Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the parties' settlement is approved and that this action is dismissed in its entirety, with prejudice.

*/s/ Richard G. Andrews*   12/21/16
Richard G. Andrews
United States District Judge

PAC 1240778v.1